**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 08-7532**

—————————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

LAMONT HAROLD GARRISON,

        Defendant - Appellant.

—————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. James C. Cacheris, Senior
District Judge. (1:98-cr-00132-JCC-13)

—————————

Submitted: November 13, 2009     Decided: December 10, 2009

—————————

Before NIEMEYER, SHEDD, and DUNCAN, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Lamont Harold Garrison, Appellant Pro Se. James L. Trump,
Assistant United States Attorney, Alexandria, Virginia, for
Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lamont Harold Garrison appeals the district court's order granting his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006).[*]  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  United States v. Garrison, No. 1:98-cr-00132-JCC-13 (E.D. Va. June 2, 2008).  See United States v. Dunphy, 551 F.3d 247 (4th Cir.), cert. denied, 129 S. Ct. 2401 (2009).  Garrison's motion for preparation of a transcript at Government expense is denied.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Garrison filed a notice of appeal outside of the appeal period, and we remanded to the district court to determine whether Garrison had demonstrated excusable neglect or good cause warranting an extension of the appeal period.  See United States v. Garrison, 309 F. App'x 691 (4th Cir. 2009) (No. 08-7532).  The district court found Garrison demonstrated good cause and therefore deemed the notice of appeal timely filed.  Accordingly, we review the appeal on the merits.

2